UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 24-30020
                                     Originating No. 2:23-cr-16

**LYRIC ELIZABETH STEVENSON,**

      Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LYRIC ELIZABETH STEVENSON,** to answer to charges pending in another federal district, and states:

    **1.** On **January 22, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Michigan based on an Indictment**. Defendant is charged in that district with violations of **21 U.S.C§ 846, 841(a)(1) and 841(b)(1)(C), and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) –Conspiracy to distribute and Possess with Intent to Distribute Methamphetamine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

          Respectfully submitted,

          DAWN N. ISON
          United States Attorney

          *s/MATTHEW ROTH*
          Matthew Roth
          Assistant U.S. Attorney
          211 W. Fort Street, Suite 2001
          Detroit, MI 48226
          (313) 226-9186

Dated: January 22, 2024